COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause number:               01-13-00438-CR

Style:                      Gregory Lamund Smith

                            **v.** The State of Texas

Date motion filed[*]:       January 4, 2014

Type of motion:             Motion for extension of time to file reporter's record (motion for new trial)

Party filing motion:        Court reporter

Document to be filed:       Reporter's record (motion for new trial)

Is appeal accelerated?      No

If motion to extend time:

    Original due date:                          September 13, 2013

    Number of previous extensions granted:      0          Current Due date:

    Date Requested:                             30 days

Ordered that motion is:

    ☑    Granted

        If document is to be filed, document due: **February 3, 2014**

        ☐    The Court will not grant additional motions to extend time absent extraordinary circumstances.

    ☐    Denied

    ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐    Other: _____

_____

_____

_____

_____

Judge's signature:     /s/ Jim Sharp, Jr.
                    ☑ Acting individually    ☐ Acting for the Court

Panel consists of     _____

Date:  January 14, 2014

November 7, 2008 Revision